IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01115-AP

Katrina M. Hays,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Rachael A. Lundy
Seckar Law
402 W.12th Street
Pueblo, CO 81003
719-543-8403
seckarlaw@mindspring.com

For Defendant:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, 4169
Denver, Colorado 80294-4003
(303) 844-0815
stephanie.kiley@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  **Date Complaint Was Filed:** April 25, 2013

    B.  **Date Complaint Was Served on U.S. Attorney's Office:** June 5, 2013

    C.  **Date Answer and Administrative Record Were Filed:** August 5, 2013

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.  **OTHER MATTERS**

This case is on appeal from a decision issued on remand from this court, case number 11-cv-01808. Judge Kane entered the order for remand on March 12, 2012.

8.  **BRIEFING SCHEDULE**

The parties request the following briefing schedule:

    A.  **Plaintiff's Opening Brief Due:** October 7, 2013

    B.  **Defendant's Response Brief Due:** November 6, 2013

    C.  **Plaintiff's Reply Brief (If Any) Due:** November 21, 2013

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.  **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.  **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 26th day of August, 2013.

BY THE COURT:

s/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/ Rachael A. Lundy
Rachael A. Lundy
Seckar Law
402 W.12th Street
Pueblo, CO 81003
719-543-8403
seckarlaw@mindspring.com

Attorney for Plaintiff

/s/ Stephanie Lynn F. Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
Social Security Administration
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
303-844-0815
stephanie.kiley@ssa.gov

Attorneys for Defendant.