IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 13-cv-01115-LTB

KATRINA M. HAYS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

___

ORDER
___

This case is before me upon the Order and Judgment of the Tenth Circuit Court of Appeals issued October 22, 2015. In it, the Court of Appeals ruled that "The judgment of the district court is reversed, and the case is remanded with directions to remand the matter to the agency for further proceedings consistent with this order and judgment." Mandate issued December 14, 2015.

In accordance with the directions on remand and mandate issued

IT IS ORDERED that this case is REMANDED to the Defendant with directions for further proceedings consistent with the Order and Judgment of the Tenth Circuit Court of Appeals.

                              BY THE COURT

                                s/Lewis T. Babcock
                              LEWIS T. BABCOCK, JUDGE

DATED: December 15, 2015