**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  13-cv-01115-LTB

KATRINA M. HAYS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to the Order entered by the Honorable Lewis T. Babcock, United States District Judge, on December 15, 2015 (Doc No. 36),

    IT IS ORDERED that this case is REMANDED to the Defendant with directions for further proceedings consistent with the Order and Judgment of the Tenth Circuit Court of Appeals.

    Dated at Denver, Colorado this 15th day of December, 2015.

                                         BY THE COURT:
                                         JEFFREY P. COLWELL, CLERK


                                         By:  s/Deborah Hansen
                                         Deborah Hansen, Deputy Clerk